USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/16/2026


# Abdul Hassan Law Group, PLLC

## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~~

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
***Employment and Labor Lawyer***

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com


**July 15, 2026**

**<u>APPLICATION GRANTED:</u> The Initial Conference set for 7/21/2026 at 03:00 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to <u>Monday, September 28, 2026, at 2:00 p.m.</u>**

APPLICATION GRANTED

Katharine H Parker

Hon. Katharine H. Parker, U.S.M.J.

**07/16/2026**

**Via ECF**

Hon. Katherine H. Parker, USMJ
United States District Court, SDNY
500 Pearl Street,
New York, NY 10007-1312

**<u>Re: Sekora v. Fisher Wallace Laboratories Inc. et al</u>**
**Case No. 26-CV-03603 (DEH)(KHP)**
**Status Report and Request for Adjournment and Extension**

Dear Magistrate-Judge Parker:

My firm represents Plaintiff in the above-referenced action, and I respectfully submit this status report regarding the Court-ordered mediation. Earlier today, July 15, 2026, counsel for the parties participated in a scheduling call with the Court-appointed mediator. During that call, the mediation was scheduled for September 24, 2026 at 10:30 a.m., via Zoom video. The parties also agreed to complete their exchange of documents and information relevant to the mediation by August 28, 2026, and to submit their mediation position statements by September 11, 2026.

In light of the confirmed mediation date, and as agreed during today's call, the parties respectfully request that the initial case-management conference presently scheduled for July 21, 2026 at 3:00 p.m. be adjourned to a date after the September 24, 2026 mediation. The parties further request, to the extent necessary, an extension of the time to complete mediation through September 24, 2026, so that they may proceed on the date established with the Court-appointed mediator.

I thank the Court in advance for its time and consideration.

Respectfully Submitted,

Abdul Hassan Law Group, PLLC
~~~~~

_/s/ Abdul Hassan____________
By: Abdul K. Hassan, Esq.
*Counsel for Plaintiff*

**Cc: Defense counsels via ECF**