USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/15/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

JOHN SEKORA,

Plaintiff,

-against-

FISHER WALLACE LABORATORIES INC. et al,

Defendants.

-----------------------------------------------------------------X

**26-CV-3603 (DEH) (KHP)**

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Order of Dismissal filed on October 15, 2026 (doc. no 14) the Initial Case Management Conference currently scheduled for **November 2, 2026**, is hereby adjourned *sine die*.

**SO ORDERED.**

DATED: New York, New York
October 15, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge